**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2**
**Eastern Division**

John Ibarra

                    Plaintiff,

v.                                       Case No.: 1:10–cv–04450
                                                              Honorable Ruben Castillo

City of Chicago, et al.

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, November 30, 2011:

      MINUTE entry before Honorable Ruben Castillo:Motion hearing held on 11/30/2011. Plaintiff's emergency motion for protective order and to quash defendant City of Chicago's notice of deposition of defendant Pritzker [55] is granted. Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.