THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN IBARRA, | |
| Plaintiff, | |
| v. | Case No. 10 CV 4450 |
| CITY OF CHICAGO, a municipal corporation, OFFICER MICHAEL HILLMAN (STAR #4216), OFFICER DANIEL MCDONALD (STAR #1234), SERGEANT SHAWN JOYCE (STAR #1993), SERGEANT BARBARA SYDEL (STAR #12148), JOHN and JANE DOE Officers and Supervisors, in their individual capacity, and MATTHEW PRITZKER, | Honorable Judge Ruben Castillo |
| Defendants. | |

**STIPULATION FOR DISMISSAL PURSUANT TO FED. R. CIV. 41(A)(1)**

In accordance with Federal Rules of Civil Procedure 41, Plaintiff voluntarily dismisses with prejudice Defendant Pritzker from Count III (Conspiracy under 42 U.S.C. §§ 1983 and 1985) of Plaintiff's First Amended Complaint and Defendant Pritzker voluntarily dismisses with prejudice the Counterclaim against Plaintiff.

Dated: January 24, 2012

Respectfully Submitted,

**Counsel for Plaintiff**

*s/Dana L. Kurtz*

*Filed electronically on January 24, 2012*
Dana L. Kurtz, Esq. (6256245)
KURTZ LAW OFFICES, LTD.
32 Blaine Street
Hinsdale, Illinois 60521
Phone: 630.323.9444
Facsimile: 630.604.9444
E-mail: dkurtz@kurtzlaw.us

**Counsel for Defendant Pritzker**

*s/Jeremiah P. Connolly*

Jeremiah P. Connolly
Bollinger Connolly Krause LLC
500 West Madison Street, Suite 2430
Chicago, IL 60661
Email: jconnolly@bollingertrials.com

Edward David Shapiro
Much, Shelist, Freed, Denenberg, Ament & Rubenstein, P.C.
191 North Wacker Drive, Suite 1800
Chicago, IL 60605-1615
Email: eshapiro@muchshelist.com

**Counsel for the City Defendants**

*s/ Barrett Elizabeth Rubens*

Steven Blair Borkan
Barrett Elizabeth Rubens
Borkan & Scahill, Ltd.
20 South Clark Street, Suite 1700
Chicago, IL 60603
Email: sborkan@borkanscahill.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies and states that the attached documents were served on the designated attorneys as indicated below and by electronic service via the Court's ECF System on January 24, 2012.

Barrett Elizabeth Rubens     brubens@borkanscahill.com
Edward David Shapiro     eshapiro@muchshelist.com, dbraun@muchshelist.com
Graham P. Miller     gmiller@borkanscahill.com
Gregory V. Ginex     gginex@bollingertrials.com
Heidi Karr Sleper     hsleper@kurtzlaw.us
James Matthew Freeman     jim@lawyerjimfreeman.com
James R. Carroll     jcarroll@muchshelist.com, msylvester@muchshelist.com
Jeremiah P. Connolly     jconnolly@bollingertrials.com, tlarose@bollingertrials.com
Paul Luka     pluka@amatorelaw.com, aherrera@amatorelaw.com, kgary@amatorelaw.com
Steven Blair Borkan     sborkan@borkanscahill.com, tscahill@borkanscahill.com
Timothy P Scahill     tscahill@borkanscahill.com, elena@kmlltdlaw.com, wendy@kmlltdlaw.com

*s/Dana L. Kurtz*

*Electronically filed on January 24, 2012*