THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN IBARRA, | |
| Plaintiff, | |
| v. | Case No. 10 CV 4450 |
| CITY OF CHICAGO, a municipal corporation, *et al.*, | Honorable Ruben Castillo |
| Defendants. | |

## PLAINTIFF'S MOTION FOR PROTECTIVE ORDER

Plaintiff, JOHN IBARRA, through his undersigned counsel, respectfully moves this Court to enter a protective order, attached hereto as Exhibit 1, in this matter. In support, Plaintiff Ibarra states as follows:

1. During discovery in this matter, Plaintiff has requested discovery including personnel files of the individual Defendant Chicago Police Officers and CR Files, which may include confidential information, such as salary and/or compensation information and personal identifying information, and information that may be protected by the Health Insurance Portability and Accountability Act of 1996, 42 U.S.C. § 201 *et seq*.

2. Defendants have represented that they will not produce the requested documents without a protective order. Accordingly, Plaintiff has attached a protective order to prevent unnecessary dissemination or disclosure of such confidential information. (*See* Exhibit 1, Proposed Protective Order.)

3. On January 25, 2012, Plaintiffs' counsel sent Defendants' counsel for the City

Defendants a revised proposed protective order. To date, Defendants' counsel has not responded with any additional revisions.

4. Discovery is currently being taken and Plaintiff requires the documents to complete the depositions of the individual Defendants and to complete discovery in this case. Therefore, Plaintiff seeks entry of the attached protective order so that the necessary documents can be produced by the City.

WHEREFORE, for the above stated reasons, Plaintiff Ibarra respectfully requests that this Court enter a protective order, attached hereto as Exhibit 1, and for other such relief as justice requires.

        Respectfully Submitted,

        JOHN IBARRA

        *s/Dana L. Kurtz*

        One of Plaintiff's Attorneys

Dana L. Kurtz, Esq. (ARDC # 6256245)
Christy M. Sicher, Esq. (ARDC # 6304008)
KURTZ LAW OFFICES, LTD.
32 Blaine Street
Hinsdale, IL 60521
Phone: 630.323.9444
Facsimile: 630.604.9444
E-mail: dkurtz@kurtzlaw.us
E-mail: csicher@kurtzlaw.us

2

Paul Luka, Esq. (ARDC # 6288860)
Amatore & Associates, P.C.
120 S. State Street, Suite 400
Chicago, IL 60603
Phone: 312.236.9825
Facsimile: 312.236.9826
E-mail: pluka@amatorelaw.com

James M. Freeman, Esq. (ARDC # 6272244)
Law Offices of James M. Freeman, P.C.
120 S. State Street, Suite 200
Chicago, IL 60603
Phone: 312.629.1901
Facsimile: 312.629.7622
E-mail: jim@lawyerjimfreeman.com

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies and states that the attached documents were served on the designated attorneys by electronic service via the Court's ECF System on this 6th day of February 2012.

| | |
|---|---|
| James Matthew Freeman | jim@lawyerjimfreeman.com |
| Paul Luka | pluka@amatorelaw.com |
| | |
| Edward David Shapiro | eshapiro@muchshelist.com |
| James R. Carroll | jcarroll@muchshelist.com |
| | |
| Steven Blair Borkan | sborkan@borkanscahill.com |
| Graham P. Miller | gmiller@borkanscahill.com |
| Timothy P Scahill | tscahill@borkanscahill.com |
| Barrett Rubens | brubens@borkanscahill.com |
| | |
| Jeremiah P. Connolly | jconnolly@bollingertrials.com |

*s/Dana L. Kurtz*
*Electronically filed on February 6, 2012*