THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN IBARRA, | |
| Plaintiff, | |
| v. | Case No. 10 CV 4450 |
| CITY OF CHICAGO, a municipal corporation, *et al.*, | Honorable Ruben Castillo |
| Defendants. | |

## STIPULATION FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 41(A)(1)

In accordance with Federal Rules of Civil Procedure 41, all parties to this action voluntarily dismiss all claims with prejudice, with each party to bear his/its own attorneys' fees and costs.

Dated: May 15, 2012

Respectfully Submitted,

**Attorneys for Plaintiff John Ibarra**

*s/Dana L. Kurtz*
Dana L. Kurtz, Esq. (ARDC# 6256245)
KURTZ LAW OFFICES, LTD.
32 Blaine Street
Hinsdale, Illinois 60521
Phone: 630.323.9444
Facsimile: 630.604.9444
E-mail: dkurtz@kurtzlaw.us

Paul Luka, Esq. (ARDC# 6288860)
Amatore & Associates, P.C.
120 S. State Street, Suite 400
Chicago, IL 60603
Phone: 312.236.9825
Facsimile: 312.236.9826
E-mail: pluka@amatorelaw.com

James M. Freeman, Esq. (ARDC# 6272244)
Law Offices of James M. Freeman, P.C.
120 S. State Street, Suite 200
Chicago, IL 60603
Phone: 312.629.1901
Facsimile: 312.629.7622
E-mail: jim@lawyerjimfreeman.com

**Attorneys for Defendants City of Chicago**

*s/Timothy P. Scahill*
Timothy P. Scahill, Esq. (ARDC # 6287296)
Borkan & Scahill, Ltd.
20 South Clark Street, Suite 1700
Chicago, IL 60603
Phone: 312.580.1030
E-mail: tscahill@borkanscahill.com

**Attorneys for Defendant Pritzker**

*s/Edward D. Shapiro*
Edward D. Shapiro, Esq. (ARDC# 6226069)
Much, Shelist, Freed, Denenberg, Ament
191 North Wacker Drive, Suite 1800
Chicago, IL 60605-1615
Phone: 312.521.2000
Email: eshapiro@muchshelist.com

Jeremiah P. Connolly (ARDC# 3124158)
BOLLINGER, CONNOLLY & KRAUSE
500 W. Madison Street, Suite 2300
Chicago, Illinois 60661
Phone: 312.466.8000
E-mail: jconnolly@bollingertrials.com

## CERTIFICATE OF SERVICE

       The undersigned, an attorney, hereby certifies and states that the attached documents were served on the designated attorneys as indicated below and by electronic service via the Court's ECF System on this 15th day of May 2012.

| | |
|---|---|
| Edward David Shapiro | eshapiro@muchshelist.com |
| Timothy P Scahill | tscahill@borkanscahill.com |

                                                  *s/Dana L. Kurtz*

                                                  *Electronically filed on May 15, 2012*