# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

John Ibarra

                          Plaintiff,

v.                                                    Case No.: 1:10–cv–04450

                                                       Honorable Ruben Castillo

City of Chicago, et al.

                        Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Monday, June 18, 2012:

      MINUTE entry before Honorable Ruben Castillo:This case is hereby dismissed with prejudice and with each party to bear his/its own attorneys' fees and costs pursuant to the Stipulation for Dismissal [96] filed by the parties on 5/15/12.Mailed notice(rao, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.